UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEIMIN CHEN, for Himself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUR LA TABLE, INC.; SLT HOLDCO,INC.; SLT LENDING SPV, INC.; SLT IPHOLDINGS, LP; CSC GENERATIONHOLDINGS, INC.; and JOHN DOES 1-5,inclusive,<br><br>Defendnats. | CASE NO. 2-21-cv-00370-RSM<br><br>ORDER GRANTING MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT FOR *PRO HAC VICE ADMISSION* |

Upon consideration of the Motion to Waive Physical Office Requirement in LCR 83.1(d) and the supporting Declaration of Robert J. Guite filed by Defendants SLT Holdco, Inc., SLT Lending SPV, Inc., SLT IP Holdings, LP and CSC Generation Holdings, Inc., and for good cause shown,

**IT IS ORDERED** that the motion to waive the physical office requirement contained in LCR 83.1(d) is **GRANTED**.

//

//

ORDER GRANTING MOTION TO WAIVE
PHYSICAL OFFICE REQUIREMENT FOR
PRO HAC VICE ADMISSION - 1

1   DATED this 19th day of April, 2022.

4   *[signature]*
    RICARDO S. MARTINEZ
5   CHIEF UNITED STATES DISTRICT JUDGE

10  Presented by:
    SHEPPARD, MULLIN, RICHTER &
11  HAMPTON LLP

12  /s/ Robert J. Guite
    Robert J. Guite, WSBA No. 25753
13  Attorneys for Defendants SLT Holdco, Inc.,
    SLT Lending SPV, Inc., SLT IP Holdings,
14  LP and CSC Generation Holdings, Inc.

ORDER GRANTING MOTION TO WAIVE
PHYSICAL OFFICE REQUIREMENT FOR
PRO HAC VICE ADMISSION - 2